# United States District Court
## Violation Notice
(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| MW75 | F0I5001I | Halvorsen | 2611 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 08/31/2025 01:20
**Offense Charged:** [ ] CFR  [ ] USC  [ ] STATE CODE  — FED 21USC844
**Place of Offense:** Black River Harbor Ottawa National Forest
**Offense Description: Factual Basis for Charge** — HAZMAT [ ]
Possession of Adderall x 4

### DEFENDANT INFORMATION
**Phone:** 9066758716
**Last Name:** Seabloom
**First Name:** Andrew
**M.I.:** H
**City:**
**State:** MI
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**
**Drivers License No.:**
**CDL:** [ ]
**D.L. State:** MI
**Social Security No.:**

[X] Adult  [ ] Juvenile  **Sex** [X] M  [ ] F
Hair: / Eyes: / Height: / Weight:

### VEHICLE
VIN: / CMV [ ]
Tag No. / State / Year / Make/Model / PASS [ ] / Color

**APPEARANCE IS REQUIRED**
A [X] If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount:
Processing Fee: $30
Total Collateral Due:

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/31/2025 while exercising my duties as a law enforcement officer in the Western District of MI

Pursuant to 16USC 551: On 8/31/2025 at approximately 0120 hours USFS
LEOs Halvorsen and Lopac a Michigan DNR Warden and a Gogebic County MI
Sheriff's Deputy were on patrol at Black River Harbor within the boundaries of the Ottawa National Forest. Officers were observing people
on the beach during a party with DJs a light show loud music and approximately 50 people. USFS Halvorsen was observing an individual from
approximately 50 yards away with 10 power binoculars. THe subject was illuminated by the lights coming from the DJ table and around the area. The subject (later identified as Andrew SEABLOOM) took a clear bag out
of his backpack and took an object between his pointer finger and thumb and placed it in the open palm of a female. Later that same night LEOs Halvorsen and Lopac contacted SEABLUM and questioned him about what he
had given to the female. SEABLOOM stated that he had given "Adderall" to
the female. SEABLOOM said the female had a prescription but that he did
not. Later that night USFS LEOs Halvorsen and Lopac and Michigan State
Police contacted SEABLOOM where he again stated that he had possessed
the Adderall. During a search of his backpack 4 pink pills were found along with marijuana bud a grinder (paraphernalia) and 2 vape pens. The pills were identified by on online image search as Amphetamine and Dextroamphetamine 30 mg a CNS stimulant (a schedule 2 controlled substance).
SEABLOOM was taken into custody and transported to the Gogebic County MI jail where he was booked into custody. SEABLOOM was
issued a Federal Violation Notice for 21 USC 844 (simple possession of a
controlled substance).
BWC available.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/31/2025
Date (mm/dd/yyyy) / Officer's Signature

[ ] Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy) / U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger
**CDL** = Commercial drivers license;   **CMV** = Commercial vehicle involved in incident

## ADDITIONAL SUBJECT INFORMATION

| Telephone Home | Telephone Work |
|---|---|
| 9066758716 | |

Business Address

Scars, Marks, Tattoos
Scar inside left arm cuts on hands

AKA'S

| Occupation | Clothing |
|---|---|
| | |

## ADDITIONAL VEHICLE INFORMATION

Registered Owner ☐ Same as driver

| Stored at | Telephone |
|---|---|
| | |

## LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|---|---|---|---|---|---|
| 09 | 07 | 2 | MI | 53 | 04 |

Incident Location Coordinate (Latitude/Longitude) (ddd:mm:ss / ddd:mm:ss)
46° 40' 06" / -90° 02' 47"

**Property (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

**Resource (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

**Timber/Other Forest Products (Volume)**

| Contractual | Permit | Theft |
|---|---|---|
| | | |

| Species | Product | Unit Measure |
|---|---|---|
| | | |

## INCIDENT TYPE

DRUG POS/USE

## CASE DISPOSITION

| Case No. | Offense | Court Level |
|---|---|---|
| | | |

Disposition

| Fine | Suspended Fine | Restitution |
|---|---|---|
| | | |

| Sentence (Days) | Suspended Sentence (Days) | Probation (Days) |
|---|---|---|
| | | |

| Public Service (Hours) | Court Appearance Date (mm/dd/yyyy) |
|---|---|
| | |

| Warrant Number | Date Warrant Issued (mm/dd/yyyy) |
|---|---|
| | |

| Warrant Bond | Warrant Date of Service (mm/dd/yyyy) | New Case No. |
|---|---|---|
| | | |